AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

District of Massachusetts

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. |
| | ) | |
| Michael Martin | ) | 22-mj-5142-JGD |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____August 4, 2021_____ in the county of _____Norfolk_____ in the

District of ____Massachusetts____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 2252A(a)(5)(B) | Possession of Child Pornography, and |
| 18 U.S.C. 2252A(a)(2)(A) | Receipt of Child Pornography |

This criminal complaint is based on these facts:

See the Affidavit of Nicole Sorrell, Special Agent with the Department of Homeland Security, Homeland Security Investigations, which accomapnies this form and is incorporated by reference

☑ Continued on the attached sheet.

_____
*Complainant's signature*

NICOLE SORRELL, Special Agent
_____
*Printed name and title*

Telephonically
Sworn to before me and signed ~~in my presence.~~

Date: _____05/23/2022_____

_____
*Judge's signature*

City and state: _____Boston, MA_____       HON. JUDITH GAIL DEIN, U.S. Magistrate Judge
_____
*Printed name and title*